**UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF KENTUCKY**
**AT LOUISVILLE**
**CIVIL ACTION NO. 3:13-CV-720-JGH**

**JUSTIN SHEROAN, et al.**                                                                 **PLAINTIFFS**

**v.**          **ORDER GRANTING JOINT MOTION TO VOLUNTARILY DISMISS**

**JOSEPH M. PENCE, et al.**                                                           **DEFENDANTS**

*          *          *          *          *          *          *          *

Defendant Joseph M. Pence and Plaintiffs Justin Sheroan and Jason Taylor have filed a joint motion to voluntarily dismiss with prejudice. The court has considered the motion, and is otherwise duly advised.

**IT IS HEREBY ORDERED** that the joint motion to voluntarily dismiss is **GRANTED**.

**IT IS HEREBY ORDERED** as follows:

Sheroan v. Pence, Civil Action No. 3:13-CV-720-H is dismissed, with prejudice.